Official Form 1 (4/07)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Plano, Jack** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**FDBA J. Plano's Preserve Development, LLC; FDBA J. Plano Builders, Inc.; FDBA J. Plano Development, LLC** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all)<br>**xxx-xx-3706** | Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**12453 Briarcliff Drive**<br>**Lemont, IL**<br>ZIP Code **60439** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

■ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☐ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

■ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.

■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1000-5,000 | 5001-10,000 | 10,001-25,000 | 25,001-50,000 | 100,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| ☐ $0 to $10,000 | ☐ $10,001 to $100,000 | ☐ $100,001 to $1 million | ■ $1,000,001 to $100 million | ☐ More than $100 million |
|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $1 million | ■ $1,000,001 to $100 million | ☐ More than $100 million |
|---|---|---|---|---|

Official Form 1 (4/07)                                                                                    FORM B1, Page 2

| **Voluntary Petition** | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | **Plano, Jack** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor: **J. Plano's Preserve Development, LLC** | Case Number: **06 B 16140** | Date Filed: **11/20/06** |
| District: **Northern District of Illinois, Eastern Division** | Relationship: **Member** | Judge: **Hollis** |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Statement by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

Official Form 1 (4/07)                                                                                                    FORM B1, Page 3

# Voluntary Petition

*(This page must be completed and filed in every case)*

| Name of Debtor(s): |
| --- |
| **Plano, Jack** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Jack Plano**
Signature of Debtor   **Jack Plano**

X
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

**May 31, 2007**
Date

### Signature of Attorney

X **/s/ Robert R. Benjamin**
Signature of Attorney for Debtor(s)

**Robert R. Benjamin 0170429**
Printed Name of Attorney for Debtor(s)

**Querrey & Harrow, Ltd.**
Firm Name

**175 W. Jackson Boulevard, Suite 1600
Chicago, IL 60604**
Address

**Email: rbenjamin@querrey.com
(312)540-7000  Fax: (312)540-0578**
Telephone Number

**May 31, 2007**
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X
Signature of Foreign Representative

Printed Name of Foreign Representative

Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

Address

X
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

Official Form 1, Exhibit D (10/06)

# United States Bankruptcy Court
## Northern District of Illinois

In re   __Jack Plano_____   Case No. _____

                                    Debtor(s)      Chapter    __7_____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]* ____

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

**Official Form 1, Exh. D (10/06) - Cont.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Jack Plano**
                                  **Jack Plano**

Date:   **May 31, 2007**

Form 6-Summary (10/06)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Jack Plano**                                                                        ,    Case No. _____
                                                                    Debtor
                                                                                                    Chapter_____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A,
B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.
Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must
also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 3,419,600.00 | | |
| B - Personal Property | Yes | 4 | 45,590.19 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | 3,959,457.28 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 10,416.47 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 29 | | 4,058,744.22 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 2 | | | |
| I -  Current Income of Individual Debtor(s) | Yes | 1 | | | 0.00 |
| J -  Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 10,329.00 |
| Total Number of Sheets of ALL Schedules | | 45 | | | |
| | | Total Assets | 3,465,190.19 | | |
| | | | Total Liabilities | 8,028,617.97 | |

Official Form 6 - Statistical Summary (10/06)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Jack Plano**                                          ,    Case No. _____
                                    Debtor

                                                    Chapter_____**7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) (whether disputed or undisputed) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Form B6A
(10/05)

In re    **Jack Plano**                                                                    ,        Case No. _____
                                          Debtor

# SCHEDULE A. REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **single family brick 12453 Briarcliffe Drive Lemont, IL 60439** | **joint tenants** | **J** | **675,000.00** | **660,498.85** |
| **single family brick 10860 Crystal Meadow Ct. Orland Park, IL 60467** | **Joint Tenants** | **J** | **1,500,000.00** | **1,868,728.89** |
| **single family brick 12497 Briarcliffe Drive Lemont, IL** | **Joint tenants** | **J** | **645,000.00** | **602,650.00** |
| **single family brick 30156 Autumn Drive Beecher, IL** | **joint tenants** | **J** | **149,900.00** | **190,304.12** |
| **single family brick 30152 Autumn Drive Beecher, IL** | **joint tenants** | **J** | **149,900.00** | **178,410.38** |
| **single family brick 30145 Autumn Drive Beecher, IL** | **joint tenants** | **J** | **149,900.00** | **170,481.00** |
| **single family brick 30149 Autumn Drive Beecher, IL** | **joint tenants** | **J** | **149,900.00** | **194,268.74** |

|  |  |  |
|---|---|---|
| Sub-Total > | **3,419,600.00** | (Total of this page) |
| Total > | **3,419,600.00** |  |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                    Best Case Bankruptcy

Form B6B
(10/05)

In re  **Jack Plano**                                                              ,    Case No. _____

Debtor

# SCHEDULE B. PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
In providing the information requested in this schedule, do not include the name or address of a minor child. Simply state "a minor child."

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Chase (...0406)** | J | 250.00 |
| | | **Marquette Bank (..9264)** | J | 250.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Household Goods and Furnishings** | J | 3,500.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **wearing apparel** | J | 400.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **American Family 250,000 face (level term) ...335-3** | H | 0.00 |
| | | **American Family 250,000 face (whole life) ...336-2** | H | 1,696.24 |
| | | **American Family 200,000 face (whole life) ...325-4** | W | 5,149.72 |
| 10. Annuities. Itemize and name each issuer. | X | | | |

|  | Sub-Total > | 11,245.96 |
|---|---|---|
|  | (Total of this page) | |

___3___ continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6B
(10/05)

In re   **Jack Plano**                                                                    ,      Case No. _____
                                                    Debtor

# SCHEDULE B. PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **Wells Real Estate Funds IRA** | H | 3,344.23 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **J. Plano's Preserve Development, LLC** | H | 0.00 |
| | | **J. Plano Builders, Inc.** | H | 0.00 |
| | | **J. Plano Development LLC** | H | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >   **3,344.23**
(Total of this page)

Sheet  __1__  of  __3__  continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

Form B6B
(10/05)

In re  **Jack Plano**                                                                      ,          Case No. _____
                                               Debtor

# SCHEDULE B. PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2003 Cadillac Escalade** | J | 15,500.00 |
| | | **2001 MB CLK 430** | J | 15,500.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

Sub-Total >          **31,000.00**
(Total of this page)

Sheet  **2**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

Form B6B
(10/05)

In re  **Jack Plano**                                          ,          Case No. _____

                                              Debtor

# SCHEDULE B. PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > | 0.00 |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | 45,590.19 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

Form B6C
(4/07)

In re   **Jack Plano**                                        ,   Case No. _____

Debtor

# SCHEDULE C. PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                             $136,875.
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **single family brick** | **735 ILCS 5/12-901** | **15,000.00** | **675,000.00** |
| **12453 Briarcliffe Drive** | | | |
| **Lemont, IL 60439** | | | |
| | | | |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Chase (...0406)** | **735 ILCS 5/12-1001(b)** | **250.00** | **250.00** |
| | | | |
| **Marquette Bank (..9264)** | **735 ILCS 5/12-1001(b)** | **250.00** | **250.00** |
| | | | |
| **Household Goods and Furnishings** | | | |
| **Household Goods and Furnishings** | **735 ILCS 5/12-1001(b)** | **3,500.00** | **3,500.00** |
| | | | |
| **Wearing Apparel** | | | |
| **wearing apparel** | **735 ILCS 5/12-1001(a)** | **400.00** | **400.00** |
| | | | |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **Wells Real Estate Funds IRA** | **735 ILCS 5/12-704** | **3,344.23** | **3,344.23** |
| | | | |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2003 Cadillac Escalade** | **735 ILCS 5/12-1001(c)** | **2,400.00** | **15,500.00** |
| | | | |
| | | Total: **25,144.23** | **698,244.23** |

__0__   continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                            Best Case Bankruptcy

Official Form 6D (10/06)

In re  **Jack Plano**                                                    ,     Case No. _____

Debtor

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **15193362**<br><br>**American Family Insurance**<br>**6000 American Parkway**<br>**Madison, WI 53783-0001** | | J | **Loan against policy**<br><br>**American Family 250,000 face (whole life) ...336-2** | | | | | |
| | | | Value $ 1,696.24 | | | | 44,158.02 | 42,461.78 |
| Account No. **15283254**<br><br>**American Family Insurance**<br>**6000 American Parkway**<br>**Madison, WI 53783-0001** | | J | **Loan against Policy**<br><br>**American Family 200,000 face (whole life) ...325-4** | | | | | |
| | | | Value $ 5,149.72 | | | | 21,996.16 | 16,846.44 |
| Account No. 112895912<br><br>**Countrywide**<br>**MSN SV-26B**<br>**PO Box 10229**<br>**Van Nuys, CA 91410-0229** | | J | **First Mortgage**<br><br>**single family brick**<br>**10860 Crystal Meadow Ct.**<br>**Orland Park, IL 60467** | | | | | |
| | | | Value $ 1,500,000.00 | | | | 1,545,078.75 | 368,728.89 |
| Account No. 112895912<br><br>**Countrywide**<br>**MSN SV-26B**<br>**PO Box 10229**<br>**Van Nuys, CA 91410-0229** | | J | **Home Equity**<br><br>**single family brick**<br>**10860 Crystal Meadow Ct.**<br>**Orland Park, IL 60467** | | | | | |
| | | | Value $ 1,500,000.00 | | | | 323,650.14 | 0.00 |
| **2** continuation sheets attached | | | Subtotal<br>(Total of this page) | | | | 1,934,883.07 | 428,037.11 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Official Form 6D (10/06) - Cont.

In re    **Jack Plano**                                                                                                        ,    Case No. _____

Debtor

## SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. **004680040319** <br><br> **First Place Bank** <br> **999 East Main Street** <br> **Ravenna, OH 44266** | | | J | | First Mortgage <br><br> single family brick <br> 30145 Autumn Drive <br> Beecher, IL <br><br> Value $                **149,900.00** | | | | **170,481.00** | **20,581.00** |
| Account No. **004680040301** <br><br> **First Place Bank** <br> **999 East Main Street** <br> **Ravenna, OH 44266** | | | J | | First Mortgage <br><br> single family brick <br> 30149 Autumn Drive <br> Beecher, IL <br><br> Value $                **149,900.00** | | | | **194,268.74** | **44,368.74** |
| Account No. **004680040494** <br><br> **First Place Bank** <br> **999 East Main Street** <br> **Ravenna, OH 44266** | | | J | | First Mortgage <br><br> single family brick <br> 30156 Autumn Drive <br> Beecher, IL <br><br> Value $                **149,900.00** | | | | **190,304.12** | **40,404.12** |
| Account No. **004680040442** <br><br> **First Place Bank** <br> **999 East Main Street** <br> **Ravenna, OH 44266** | | | J | | First Mortgage <br><br> single family brick <br> 30152 Autumn Drive <br> Beecher, IL <br><br> Value $                **149,900.00** | | | | **178,410.38** | **28,510.38** |
| Account No. **154-903352047** <br><br> **GMAC** <br> **Payment Processing Center** <br> **PO Box 9001952** <br> **Louisville, KY 40290** | | | J | | 2003 Cadillac Escalade <br><br><br><br> Value $                **15,500.00** | | | | **12,961.12** | **0.00** |

Sheet __1__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| **746,425.36** | **133,864.24** |

Official Form 6D (10/06) - Cont.

In re    **Jack Plano**                                                                    ,        Case No. _____
                                        Debtor

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>Joseph Kienzle<br>1113 Foxtail Court<br>Darien, IL 60561 | | J | January 2007 <br><br>2001 MB CLK 430 <br><br> Value $           15,500.00 | | | | 15,000.00 | 0.00 |
| Account No. 0030012327 <br><br>Popular Mortgage Servicing, Inc.<br>121 Woodcrest Road<br>Cherry Hill, NJ 08003 | | J | First Mortgage <br><br>single family brick<br>12453 Briarcliffe Drive<br>Lemont, IL 60439 <br> Value $           675,000.00 | | | | 660,498.85 | 0.00 |
| Account No. 1002115145 <br><br>ResMae Mortgage<br>6 Pointe Drive<br>Brea, CA 92821 | | J | First Mortgage <br><br>single family brick<br>12497 Briarcliffe Drive<br>Lemont, IL <br> Value $           645,000.00 | | | | 602,650.00 | 0.00 |
| Account No. <br><br><br><br> | | | <br><br><br> Value $ | | | | | |
| Account No. <br><br><br><br> | | | <br><br><br> Value $ | | | | | |

Sheet  **2**  of  **2**   continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal <br> (Total of this page) | 1,278,148.85 | 0.00 |
|---|---|---|---|
| | Total <br> (Report on Summary of Schedules) | 3,959,457.28 | 561,901.35 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                 Best Case Bankruptcy

Official Form 6E (4/07)

In re __**Jack Plano**_____,    Case No. _____
                              Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 or 13 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trust or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1_____ continuation sheets attached

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

Official Form 6E (4/07) - Cont.

In re **Jack Plano**                                                                    , Case No. _____
                                    Debtor

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **27-08-301-042-0000** <br><br> **Cook County Treasurer** <br> **P.O. Box 4468** <br> **Carol Stream, IL 60197-4468** | | J | **2005** <br><br> **second installment property tax** <br> **10860 Crystal Meadow Ct.** <br> **Orland Park, IL 60467** | | | | **8,755.57** | **0.00** | **8,755.57** |
| Account No. **22-30-310-004-0000** <br><br> **Cook County Treasurer** <br> **P.O. Box 4468** <br> **Carol Stream, IL 60197-4468** | | J | **2006** <br><br> **property taxes** <br> **12497 Briarcliffe Drive** <br> **Lemont, IL** | | | | **1,520.96** | **0.00** | **1,520.96** |
| Account No. **22-15-404-008-0000** <br><br> **Cook County Treasurer** <br> **P.O. Box 4468** <br> **Carol Stream, IL 60197-4468** | | J | **30145 and 30149 Autumn Drive** <br> **Beecher, IL** | | | | **Unknown** | **Unknown** | **Unknown** |
| Account No. **22-22-15-406-011-0000** <br><br> **Will County Treasurer** <br> **302 N. Chicago St.** <br> **Joliet, IL 60432** | | J | **30156 and 30152 Autumn Drive** <br> **Beecher, IL** | | | | **139.94** | **0.00** | **139.94** |
| Account No. | | | | | | | | | |

| | | |
|---|---|---|
| Sheet __1__ of __1__ continuation sheets attached to <br> Schedule of Creditors Holding Unsecured Priority Claims | Subtotal <br> (Total of this page) | **0.00** <br> **10,416.47** / **10,416.47** |
| | Total <br> (Report on Summary of Schedules) | **0.00** <br> **10,416.47** / **10,416.47** |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Official Form 6F (10/06)

In re    **Jack Plano**
_____,    Case No. _____
Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts filing a case under chapter 7, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | corporate obligation | | | | |
| **Absolute Windows** **9630 S. 76th Avenue** **Hickory Hills, IL 60457** | - | | | | | X | X | X | 16,024.81 |
| Account No. | | | | | corporate obligation | | | | |
| **All Secure Inc.** **PO Box 884** **New Lenox, IL 60451** | - | | | | | X | X | X | 895.00 |
| Account No. | | | | | corporate obligation | | | | |
| **Alpine Asphalt Paving** **10900 W. 167th Street** **Orland Park, IL 60467** | - | | | | | X | X | X | 18,630.00 |
| Account No. 3737-131366-84005 | | | | | goods and services | | | | |
| **American Express** **Box 0001** **Los Angeles, CA 90096-0001** | J | | | | | | | | 14,645.91 |

__28__   continuation sheets attached

Subtotal
(Total of this page)    **50,195.72**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    S/N:33609-070521   Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re **Jack Plano** _____,    Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **3732-727366-23004** | | | corporate obligation | | | | |
| **American Express** PO Box 650448 Dallas, TX 75265-0448 | - | | | X | | X | 17,021.00 |
| Account No. **3725-262250-62003** | | | corporate obligation | | | | |
| **American Express** PO Box 360002 Fort Lauderdale, FL 33336-0002 | - | | | X | | X | 18,821.53 |
| Account No. | | | corporate obligation | | | | |
| **AR-BE Garage Doors** 7211 S. Lockwood Chicago, IL 60638 | - | | | X | X | X | 4,230.00 |
| Account No. **140597958** | | | See AT&T account ending 3630 | | | | |
| **AT&T** c/o Omnium Worldwide PO Box 956842 Saint Louis, MO 63195 | | J | | | | | 0.00 |
| Account No. **70894637193630** | | | business debt | | | | |
| **AT&T** PO Box 8100 Aurora, IL 60507-8100 | | J | | | | | 67.86 |

Sheet no. __1___ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal<br>(Total of this page)

**40,140.39**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re **Jack Plano** _____,   Case No. _____

_Debtor_

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **70894636928887** | | | business debt | | | | |
| **AT&T PO Box 8100 Aurora, IL 60507-8100** | | J | | | | | 61.88 |
| Account No. **70894661098374** | | | business debt | | | | |
| **AT&T PO Box 8100 Aurora, IL 60507-8100** | | J | | | | | 44.54 |
| Account No. **5490-9930-1606-9231** | | | business goods and services | | | | |
| **Bank of America PO Box 15726 Wilmington, DE 19886-5726** | | J | | | | | 21,302.04 |
| Account No. | | | warranty claims, reproration agreement and claims against developer J. Plano Preserve Development | | | | |
| **Barbara Peczkowski 442 Autumn Drive Beecher, IL 60401** | X | J | | X | X | X | Unknown |
| Account No. | | | corporate obligation for J. Plano Builders, Inc. | | | | |
| **Beary Landscaping 10765 W. 163rd Place Orland Park, IL 60467** | | - | | X | | X | 17,203.45 |

Sheet no. __2___ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

38,611.91

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re  **Jack Plano**
_____,    Case No. _____
Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Beary Landscaping** <br>**10765 W. 163rd Place** <br>**Orland Park, IL 60467** | - | | corporate obligation for J. Plano's Preserve Development, LLC | X | X | X | 33,784.90 |
| Account No. <br><br>**Beaty Lumber** <br>**9730 W. 143rd Street** <br>**Orland Park, IL 60462** | - | | corporate obligation | X | X | X | 592.47 |
| Account No. 2110336 <br><br>**Bellagio** <br>**PO Box 7700** <br>**Las Vegas, NV 89177-7700** | | J | gambling loss | | | | 75,000.00 |
| Account No. A 538021 <br><br>**Bellagio** <br>**c/o Bruce A. Aguilera** <br>**3600 Las Vegas Boulevard** <br>**Las Vegas, NV 89109** | | J | See Bellagio above | | | | 0.00 |
| Account No. 12159 <br><br>**Bill's Drywall** <br>**19145 S. 104th Ave.** <br>**Mokena, IL 60448** | - | | corporate obligation for J. Plano Builders Inc. | X | | X | 860.00 |

Sheet no. __3__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

110,237.37

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re __**Jack Plano**_____,   Case No. _____
                                                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Bill's Drywall**<br>**19145 S. 104th Ave.**<br>**Mokena, IL 60448** | | - | corporate obligation for J. Plano's Preserve Development, LLC | X | X | X | 60,360.00 |
| Account No.<br><br>**Boss Construction**<br>**1904 Garnet Drive, Unit D**<br>**New Lenox, IL 60451** | | - | corporate obligation | X | X | X | 55,536.00 |
| Account No.<br><br>**Bridgeview Bank Group**<br>**7940 S. Harlem Ave.**<br>**Bridgeview, IL 60456** | X | J | personal undertakings for business loans | | | | 426,000.00 |
| Account No. 123406706<br><br>**Bridgeview Bank Group**<br>**4753 N. Broadway**<br>**Chicago, IL 60640** | | - | line of credit for business | X | X | X | 7,355.85 |
| Account No.<br><br>**Bridgeview Bank Group**<br>**7940 S. Harlem Ave.**<br>**Bridgeview, IL 60456** | | H | personal guaranty | | X | | Unknown |

Sheet no. __4___ of __28___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**549,251.85**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re  **Jack Plano**                                                    ,      Case No. _____
_____
Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Builders Insulation** <br>**PO Box 372** <br>**Plainfield, IL 60544** | - | J | corporate obligation | X | X | X | 30,230.00 |
| Account No. 5291-4926-7596-1466 <br><br>**Capital One** <br>**PO Box 60024** <br>**City Of Industry, CA 91716-0024** | | J | goods and services | | | | 30,713.83 |
| Account No. 5291-4926-7596-1466 <br><br>**Capital One** <br>**c/o NCO Financial Systems, Inc.** <br>**PO Box 61247 Dept. 64** <br>**Virginia Beach, VA 23466** | | J | See Capital One ending 1466 | | | | 0.00 |
| Account No. 4115-0724-1717-1959 <br><br>**Capital One** <br>**P.O. Box 60067** <br>**City Of Industry, CA 91716** | - | | corporate obligation | X | | X | 3,560.12 |
| Account No. <br><br>**Carefree Lawn Sprinklers** <br>**22049 S. Howell Drive** <br>**New Lenox, IL 60451** | - | | corporate obligation | X | | X | 7,775.01 |

Sheet no. __5___ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**72,278.96**

Official Form 6F (10/06) - Cont.

In re **Jack Plano** _____,   Case No. _____

Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **3073053025** <br><br> **ComEd** <br> **Bill Payment Center** <br> **Chicago, IL 60668-0001** | | J | | | | | 362.45 |
| Account No. **0039130053** <br><br> **ComEd** <br> **Bill Payment Center** <br> **Chicago, IL 60668-0001** | | - | corporate obligation | X | | X | 36.34 |
| Account No. **0567064019** <br><br> **ComEd** <br> **Bill Payment Center** <br> **Chicago, IL 60668-0001** | | - | corporate obligation | X | | X | 206.01 |
| Account No. **141100201930156** <br><br> **ComEd** <br> **Bill Payment Center** <br> **Chicago, IL 60668-0001** | | - | corporate obligation | X | | X | 246.11 |
| Account No. **158710704330152** <br><br> **ComEd** <br> **Bill Payment Center** <br> **Chicago, IL 60668-0001** | | - | corporate obligation | X | | X | 147.61 |

Sheet no. __6__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

998.52

Official Form 6F (10/06) - Cont.

In re __**Jack Plano**_____,    Case No. _____
                                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **042916403630097** | | | corporate obligation | | | | |
| **ComEd** **Bill Payment Center** **Chicago, IL 60668-0001** | - | | | X | | X | 26.70 |
| Account No. **736302801030139** | | | corporate obligation | | | | |
| **ComEd** **Bill Payment Center** **Chicago, IL 60668-0001** | - | | | X | | X | 23.22 |
| Account No. **294013800130088** | | | corporate obligation | | | | |
| **ComEd** **Bill Payment Center** **Chicago, IL 60668-0001** | - | | | X | | X | 119.33 |
| Account No. **0453041107930129** | | | corporate obligation | | | | |
| **ComEd** **Bill Payment Center** **Chicago, IL 60668-0001** | - | | | X | | X | 23.22 |
| Account No. **332505601630086** | | | corporate obligation | | | | |
| **ComEd** **Bill Payment Center** **Chicago, IL 60668-0001** | - | | | X | | X | 118.28 |

Sheet no. __**7**___ of __**28**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    310.75

Official Form 6F (10/06) - Cont.

In re **Jack Plano**                                                                    , Case No. _____
                                              Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **315502400030149** <br><br> **ComEd** <br> **Bill Payment Center** <br> **Chicago, IL 60668-0001** | - | | corporate obligation | X | | X | 136.82 |
| Account No. **012306012230125** <br><br> **ComEd** <br> **Bill Payment Center** <br> **Chicago, IL 60668-0001** | - | | corporate obligation | X | | X | 23.22 |
| Account No. **358706800730135** <br><br> **ComEd** <br> **Bill Payment Center** <br> **Chicago, IL 60668-0001** | - | | corporate obligation | X | | X | 29.84 |
| Account No. **53405001030145** <br><br> **ComEd** <br> **Bill Payment Center** <br> **Chicago, IL 60668-0001** | - | | corporate obligation | X | | X | 128.67 |
| Account No. **2808045063** <br><br> **ComEd** <br> **Bill Payment Center** <br> **Chicago, IL 60668-0001** | - | | corporate obligation | X | | X | 8.74 |

Sheet no. __**8**__ of __**28**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

327.29

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re   **Jack Plano**                                                 ,    Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **094906401930098** | | | | corporate obligation | | | | |
| **ComEd Bill Payment Center Chicago, IL 60668-0001** | - | | | | X | | X | 10.27 |
| Account No. | | | | corporate obligation | | | | |
| **Consolidated Tile & Carpet 9981-B W. 190th Street Mokena, IL 60448** | - | | | | X | X | X | 92,958.00 |
| Account No. **907577** | | | | corporate obligation for J. Plano Builders, Inc. | | | | |
| **Cottage Sheet Metal 6646 W. 99th Street Chicago Ridge, IL 60415** | - | | | | X | | X | 604.00 |
| Account No. | | | | corporate obligation for J. Plano's Preserve Development, LLC | | | | |
| **Cottage Sheet Metal 6646 W. 99th Street Chicago Ridge, IL 60415** | - | | | | X | X | X | 135,700.00 |
| Account No. | | | | corporate obligation | | | | |
| **Craig Millwork 10410 W. 163rd Place Orland Park, IL 60467** | - | | | | X | X | X | 24,703.39 |

Sheet no. __**9**___ of __**28**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **253,975.66**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                            Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re **Jack Plano**
_____,   Case No. _____
                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.  corporate obligation | | | | | | | | |
| **Crest Lighting PO Box 549 Crestwood, IL 60445-0549** | - | | | | X | X | X | 1,890.35 |
| Account No.  corporate obligation | | | | | | | | |
| **Custom Closets 4032 Belleaire Lane Downers Grove, IL 60515** | - | | | | X | X | X | 491.00 |
| Account No.  corporate obligation for J. Plano Builders, Inc. | | | | | | | | |
| **D.R. Masonry 9511 Corsair, Unit D Frankfort, IL 60423** | J | | | | X | | X | 33,407.00 |
| Account No.  corporate obligation for J. Plano's Preserve Development, LLC | | | | | | | | |
| **D.R. Masonry 9511 Corsair Frankfort, IL 60423** | - | | | | X | X | X | 4,350.00 |
| Account No.  corporate obligation | | | | | | | | |
| **D/S2 Advertising 10624 Great Egret Dr. Orland Park, IL 60462** | - | | | | X | X | X | 120,195.85 |

Sheet no. __10__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **160,334.20**

Official Form 6F (10/06) - Cont.

In re   **Jack Plano**                                                    ,      Case No. _____
                                            Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Daniel O'Leary**<br>**30112 Autumn Drive**<br>**Beecher, IL 60401** | X | J | warranty claims, tax reproration agreement and claims against developer, J. Plano's Preserve Development | X | X | X | **Unknown** |
| Account No. 24582270<br><br>**De Lage Landen**<br>**PO Box 41601**<br>**Philadelphia, PA 19101-1601** | - | | corporate obligation | X | | X | **4,923.68** |
| Account No.<br><br>**Deanne Mazzochi and Tim Grant**<br>**1861 N. Dayton, #1**<br>**Chicago, IL 60614** | X | J | warranty claims, tax reproration agreement and claims against developer, J. Plano's Preserve Development | X | X | X | **Unknown** |
| Account No.<br><br>**Edon Construction**<br>**5420 W. 122nd St.**<br>**Alsip, IL 60803** | - | | corporate obligation for J. Plano's Preserve Development, LLC | X | X | X | **663,136.00** |
| Account No. 06 CH 2925<br><br>**Edon Construction Co., Inc.**<br>**c/o James G Argionis/Meckler Bulger**<br>**123 N. Wacker Dr., Ste. 1800**<br>**Chicago, IL 60606** | | J | business obligation | X | | X | **196,000.00** |

Sheet no. _**11**_ of _**28**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **864,059.68**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re  **Jack Plano**                                                              ,        Case No. _____
                                          Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | corporate obligation for 2004 Loan | | | | |
| Edward T. McGowan Edon Construction Co. Inc. 5420 W. 122nd Street Alsip, IL 60803 | - | | | | X | | X | 200,000.00 |
| Account No. | | | | gambling loss | | | | |
| Empress Casino PO Box 2789 Joliet, IL 60434-2789 | | J | | | | | | 45,100.00 |
| Account No. 71275.268 | | | | See Empress Casino Above | | | | |
| Empress Casino c/o Friedman & Wexler LLC 500 W. Madison, Suite 2910 Chicago, IL 60661-2587 | | J | | | | | | 0.00 |
| Account No. | | | | See Evergreen Oak Electric Above | | | | |
| Evergreen Oak Electric c/o RAC PO Box 1247 Northbrook, IL 60065-1247 | | J | | | | | | 0.00 |
| Account No. 502379 | | | | personal guaranty on business debt | | | | |
| Evergreen Oak Electric Supply/ Crest Lighting PO Box 549 Midlothian, IL 60445 | X | J | | | | | | 1,984.45 |

Sheet no. __12__ of __28__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **247,084.45**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re __**Jack Plano**_____,    Case No. _____
                                    **Debtor**

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **9231** <br><br> **FIA Card Services NA** <br> **PO Box 15137** <br> **Wilmington, DE 19850-5137** | | J | | **goods and services** | | | | **3,584.00** |
| Account No. <br><br> **First American Title Ins. Co.** <br> **27775 Diehl Road, Suite 200** <br> **Warrenville, IL 60555** | | H | | **personal undertaking dated August 2, 2005 and later** | | X | | **Unknown** |
| Account No. 3531957 <br><br> **Harrah's Joliet Casino** <br> **c/o Harris & Dial, PC** <br> **65 Flagship Drive** <br> **North Andover, MA 01845** | | J | | **Harrah's Account 17868** | | | | **45,266.30** |
| Account No. <br><br> **Home Design Center** <br> **12145 W. 159th Street** <br> **Homer Glen, IL 60491** | | - | | **corporate obligation for J. Plano Builders, Inc.** | X | | X | **7,235.00** |
| Account No. <br><br> **Home Design Center** <br> **12145 W. 159th Street** <br> **Homer Glen, IL 60491** | | - | | **corporate obligation for J. Plano's Preserve Development, LLC** | X | X | X | **9,130.00** |

Sheet no. __**13**__ of __**28**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶
(Total of this page)

**65,215.30**

Official Form 6F (10/06) - Cont.

In re  **Jack Plano**                                                                            ,     Case No. _____
                                            Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Howe Plumbing** <br>**17743 S. Oak Park Ave.** <br>**Tinley Park, IL 60477** | | - | corporate obligation | X | X | X | 28,184.24 |
| Account No. 0117443853 <br><br>**Ice Mountain** <br>**PO Box 856680** <br>**Louisville, KY 40285** | | - | corporate obligation | X | | X | 52.65 |
| Account No. <br><br>**Inland Electric** <br>**611 W. Jefferson St.** <br>**Joliet, IL 60431** | | - | corporate obligation | X | X | X | 67,070.21 |
| Account No. <br><br>**John and Barbara Jensen** <br>**30098 Autumn Drive** <br>**Beecher, IL 60401** | X | J | warranty claims, tax reproration agreement and claims against developer, J. Plano's Preserve Development | X | X | X | Unknown |
| Account No. <br><br>**John Wiesch Masonry** <br>**PO Box 952** <br>**Beecher, IL 60401** | | - | corporate obligation | X | X | X | 19,891.00 |

Sheet no. __14__ of __28__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 **115,198.10**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                 Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re __**Jack Plano**_____,   Case No. _____
                                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Jones & Jacobs**<br>**77 W. Washington St., Suite 1615**<br>**Chicago, IL 60602** | - | | J | **See McGowan Notice Only** | X | | X | 0.00 |
| Account No.<br><br>**Joseph Kienzle**<br>**1113 Foxtail Court**<br>**Darien, IL 60561** | J | | | **personal loan for use in business, J. Plano's Preserve Development** | X | | X | 250,000.00 |
| Account No.<br><br>**Joseph Kienzle**<br>**1113 Foxtail Court**<br>**Darien, IL 60561** | - | | | **loan** | | | | 50,000.00 |
| Account No.<br><br>**KDC Consultants Inc.**<br>**16144 S. Bell Road**<br>**Homer Glen, IL 60491** | - | | | **corporate obligation** | X | X | X | 6,630.00 |
| Account No.<br><br>**Kenmare & Associates, Inc.**<br>**PO Box 11**<br>**Mokena, IL 60448** | - | | | **corporate obligation** | X | | X | 590.00 |

Sheet no. __**15**__ of __**28**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **307,220.00**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re  **Jack Plano**                                                        ,    Case No. _____
                              Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | construction subcontractor | | | | |
| Kon-Fer Inc. 14640 Golf Road Orland Park, IL 60462 | - | | | | X | X | X | |
| | | | | | | | | 250.00 |
| Account No. | | | | corporate obligation | | | | |
| L&M Cultured Marble PO Box 32151 Chicago, IL 60632 | - | | | | X | X | X | |
| | | | | | | | | 557.14 |
| Account No. | | | | corporate obligation | | | | |
| Lincoln Way Glass 278 E. Haven Ave., & Rt. 30 New Lenox, IL 60451 | - | | | | X | X | X | |
| | | | | | | | | 3,787.44 |
| Account No. 011051007591 | | | | | | | | |
| Loyola University Health Sys c/o Nationwide Credit & Collection 9919 Roosevelt Road Westchester, IL 60154 | | | J | | | | | |
| | | | | | | | | 553.06 |
| Account No. 011051007592 | | | | | | | | |
| Loyola University Health Sys c/o Nationwide Credit & Collection 9919 Roosevelt Road Westchester, IL 60154 | | | J | | | | | |
| | | | | | | | | 313.46 |

Sheet no. __16__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,461.10

Official Form 6F (10/06) - Cont.

In re __**Jack Plano**_____,   Case No. _____
                              Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **L0346285** | | | | | | | |
| **Loyola University Health Sys c/o Nationwide Credit & Collection 9919 Roosevelt Road Westchester, IL 60154** | | J | | | | | 675.16 |
| Account No. **010910094876** | | | | | | | |
| **Loyola University Health Sys c/o Nationwide Credit & Collection 9919 Roosevelt Road Westchester, IL 60154** | | J | | | | | 106.13 |
| Account No. **010910093093** | | | | | | | |
| **Loyola University Health Sys. c/o Nationwide Credit & Collection 9919 Roosevelt Road Westchester, IL 60154** | | J | | | | | 65.81 |
| Account No. | | | **personal undertakings for business loans** | | | | |
| **Marquette Bank 10000 West 151st Street Orland Park, IL 60462** | X | J | | X | X | | 773,000.00 |
| Account No. | | | **personal guaranty** | | | | |
| **Marquette Bank 10000 West 151st Street Orland Park, IL 60462** | | H | | | X | | Unknown |

Sheet no. __**17**__ of __**28**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

773,847.10

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re  **Jack Plano**
_____,   Case No. _____
Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | corporate obligation for 2004 Loan | | | | |
| McNaughton Development, Inc. 11900 Southwest Highway Palos Park, IL 60464 | | - | | X | | X | 65,950.00 |
| Account No. | | | corporate obligation | | | | |
| Meno Stone Co. 10800 Route 83 Lemont, IL 60439 | | - | | X | X | X | 2,317.70 |
| Account No. | | | warranty claims and claims against developer, J. Plano's Preserve Development | | | | |
| Michael and Jane Wilke 9035 Robin Ct. Tinley Park, IL 60477 | X | J | | X | X | X | Unknown |
| Account No. | | | corporate obligation for J. Plano Builders, Inc. | | | | |
| Mike's Decorating 24551 S. 80th Ave. Frankfort, IL 60423 | | - | | X | | X | 805.00 |
| Account No. | | | corporate obligation for J. Plano's Preserve Development, LLC | | | | |
| Mike's Decorating 24551 S. 80th Ave. Frankfort, IL 60423 | | - | | X | X | X | 24,785.00 |

Sheet no. __18__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **93,857.70**

Official Form 6F (10/06) - Cont.

In re __**Jack Plano**_____,   Case No. _____
                                                Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **43967** **Mulcahy, Pauritsch, Salvador** **14399 S. Ravinia Place, Suite 200** **Orland Park, IL 60462** | - | | | corporate obligation | X | | X | 4,082.00 |
| Account No. **10040592841** **Nicor Gas** **P.O. Box 2020** **Aurora, IL 60507** | - | | | corporate obligation | X | | X | 74.90 |
| Account No. **06352889247** **Nicor Gas** **P.O. Box 2020** **Aurora, IL 60507** | - | | | corporate obligation | X | | X | 106.32 |
| Account No. **07-81-29-8668-0** **Nicor Gas** **P.O. Box 2020** **Aurora, IL 60507** | - | | | corporate obligation | X | | X | 7.24 |
| Account No. **99-71-67-5692-1** **Nicor Gas** **P.O. Box 2020** **Aurora, IL 60507** | - | | | corporate obligation | X | | X | 12.25 |

Sheet no. __**19**__ of __**28**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,282.71

Official Form 6F (10/06) - Cont.

In re **Jack Plano**                                                                 , Case No. _____
                                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **65361708384** <br><br> **Nicor Gas** <br> **P.O. Box 2020** <br> **Aurora, IL 60507** | - | | corporate obligation | X | | X | 51.99 |
| Account No. **21695677385** <br><br> **Nicor Gas** <br> **P.O. Box 2020** <br> **Aurora, IL 60507** | - | | corporate obligation | X | | X | 51.99 |
| Account No. **07812986680** <br><br> **Nicor Gas** <br> **P.O. Box 2020** <br> **Aurora, IL 60507** | - | | corporate obligation | X | | X | 7.24 |
| Account No. **99716758921** <br><br> **Nicor Gas** <br> **P.O. Box 2020** <br> **Aurora, IL 60507** | - | | corporate obligation | X | | X | 12.25 |
| Account No. **03518098466** <br><br> **Nicor Gas** <br> **P.O. Box 2020** <br> **Aurora, IL 60507** | - | | corporate obligation | X | | X | 42.13 |

Sheet no. __**20**__ of __**28**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**165.60**

Official Form 6F (10/06) - Cont.

In re  **Jack Plano** ,                                    Case No. _____
                        Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **507764745430097** | | | corporate obligation | | | | |
| **Nicor Gas** **P.O. Box 2020** **Aurora, IL 60507** | - | | | X | | X | 91.01 |
| Account No. **8414948802** | | | corporate obligation | | | | |
| **Nicor Gas** **Bill Payment Center** **PO Box 1630** **Aurora, IL 60507** | - | | | X | | X | 0.76 |
| Account No. | | | corporate obligation | | | | |
| **NuWay Disposal** **PO Box 9** **Mokena, IL 60448** | - | | | X | X | X | 704.26 |
| Account No. | | | warranty claims, tax reproration agreement and claims against developer, J. Plano's Preserve Development | | | | |
| **Pete and Cheryl Leigh** **30132 Autumn Drive** **Beecher, IL 60401** | - | | | X | X | X | Unknown |
| Account No. | | | corporate obligation | | | | |
| **Plass Appliances-Addison** **PO Box 757** **Bloomingdale, IL 60108** | - | | | X | X | X | 4,209.57 |

Sheet no. __**21**__ of __**28**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                           5,005.60

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re  **Jack Plano**                                                                 ,    Case No. _____
                                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | corporate obligation | | | | |
| Portable John 1414 Canal Street Lockport, IL 60441 | | - | | | X | X | X | 278.74 |
| Account No. | | | | corporate obligation for 2006 Loan | | | | |
| Premier Development c/o Jeffrey Pickens 8101 Pickens Drive Orland Park, IL 60462 | | - | | | X | | X | 50,000.00 |
| Account No. **Pin Number: 8052703777** | | H | | | | | | |
| Quest Diagnostics Incorporated c/o AMCA PO Box 1235 Elmsford, NY 10523-0935 | | | | | | | | 195.00 |
| Account No. **2609087A03** | | J | | | | | | |
| Quest Diagnostics Incorporated c/o AMCA PO Box 1235 Elmsford, NY 10523-0935 | | | | | | | | 195.00 |
| Account No. | X | J | | warranty claims, tax reproration agreement and claims against developer, J. Plano's Preserve Development | X | X | X | |
| Randall Gottberg 30136 Autumn Drive Beecher, IL 60401 | | | | | | | | Unknown |

Sheet no. __22__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

50,668.74

Official Form 6F (10/06) - Cont.

In re  **Jack Plano**                                                                    ,     Case No. _____
                                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **RH Granath Surveying** <br> **5544 W. 147th Street** <br> **Oak Forest, IL 60452** | - | | corporate obligation | X | | X | 1,150.00 |
| Account No. <br><br> **Ruane Construction** <br> **8779 W. Laraway Road** <br> **Frankfort, IL 60423** | - | | corporate obligation | X | X | X | 143,117.80 |
| Account No. 57019681002 <br><br> **Rush University Medical Center** <br> **Patient Financial Services** <br> **21238 Network Place** <br> **Chicago, IL 60673-1212** | J | | | | | | 2,943.16 |
| Account No. 57019681002 <br><br> **Rush University Medical Center** <br> **c/o Computer Credit Inc.** <br> **640 West Fourth Street PO Box 5238** <br> **Winston Salem, NC 27113-5238** | J | | See Rush University Medical Center Above | | | | 0.00 |
| Account No. <br><br> **Rush University Medical Center** <br> **1700 West Van Buren Street** <br> **Suite 161 TOB** <br> **Chicago, IL 60612-3244** | J | | Patient numbers: 57019681001, 57019681005, 57019681006, 57019681007, 57019681008 | | | | 7,126.95 |

Sheet no. __23__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                         154,337.91

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re __**Jack Plano**_____,    Case No. _____

_____
Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **708-946-0300 OFFICE** | | | corporate obligation | | | | |
| **SBC Bill Payment Center** **Saginaw, MI 48663-0003** | - | | | X | | X | |
| | | | | | | | 216.46 |
| Account No. **708-946-1582 SALES** | | | corporate obligation | | | | |
| **SBC Bill Payment Center** **Saginaw, MI 48663-0003** | - | | | X | | X | |
| | | | | | | | 72.37 |
| Account No. **708-946-6109 ALARM** | | | corporate obligation | | | | |
| **SBC Bill Payment Center** **Saginaw, MI 48663-0003** | - | | | X | | X | |
| | | | | | | | 16.64 |
| Account No. **708-946-3692 ALARM** | | | corporate obligation | | | | |
| **SBC Bill Payment Center** **Saginaw, MI 48663-0003** | - | | | X | | X | |
| | | | | | | | 33.51 |
| Account No. **708-946-3719 ALARM** | | | corporate obligation | | | | |
| **SBC Bill Payment Center** **Saginaw, MI 48663-0003** | - | | | X | | X | |
| | | | | | | | 50.70 |

Sheet no. __24__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

389.68

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re   **Jack Plano**                                                                 ,        Case No. _____
                                          Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **07 L 00917** | | | | | | | |
| **Schaaf Window Co, Inc.** c/o Hoogendoorn & Talbot, LLP 122 S. Michigan Ave., Suite 1220 Chicago, IL 60603-6263 | X | J | | | | | 40,982.33 |
| Account No. | | | See Schaaf Window Above | | | | |
| **Schaaf Winow Co., Inc.** 18445 Thompson Ct. Tinley Park, IL 60477 | - | | | X | | X | 0.00 |
| Account No. | | | corporate obligation | | | | |
| **Shalvis Group** 11508 W. 183rd St. SWSE Orland Park, IL 60467 | - | | | X | | X | 69.00 |
| Account No. | | | corporate obligation | | | | |
| **Shirley Kulish** 91301 Stonghedge Drive. Mokena, IL 60448 | - | | | X | | X | 360.00 |
| Account No. | | | corporate obligation | | | | |
| **Sign A Rama** 9214 W. 159th Street Orland Park, IL 60462 | - | | | X | | X | 217.00 |

Sheet no. __25__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **41,628.33**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                      Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re __**Jack Plano**_____,   Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Sosin, Lawler & Arnold** **11800 S. 7th Ave.** **Palos Heights, IL 60463** | - | | corporate obligation | X | | X | 594.00 |
| Account No. **Sosin, Lawler & Arnold** **11800 S. 7th Ave.** **Palos Heights, IL 60463** | - | | corporate obligation | X | | X | 6,648.22 |
| Account No. **Southwest Fireplace** **11921 S. 80th Ave.** **Palos Park, IL 60464** | - | | corporate obligation | X | X | X | 3,583.20 |
| Account No. **Steve Needy** **3099 Autumn Drive** **Beecher, IL 60401** | - | | warranty claims, tax reproration agreement and claims against developer, J. Plano's Preserve Development | X | X | X | Unknown |
| Account No. **Stock Building Supply** **1331 Davis Road** **Elgin, IL 60123** | - | | corporate obligation | X | X | X | 12,163.00 |

Sheet no. __26__ of __28__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    22,988.42

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037            Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re  **Jack Plano**                                                                    ,        Case No. _____
                                              Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | corporate obligation | | | | |
| **T.K. Industries Inc.** **10040 Lancaster Lane** **Mokena, IL 60448** | | J | | | | | **276.62** |
| Account No. | | | warranty claims and claims against developer, J. Plano's Preserve Development | | | | |
| **The Preserves at Cardinal Creek Condo Association** **442 Autumn Drive** **Beecher, IL 60401** | X | J | | X | X | X | **Unknown** |
| Account No. | | | corporate obligation | | | | |
| **Tri-State Roofing** **9630 S. 76th Ave.** **Hickory Hills, IL 60457** | | - | | X | X | X | **2,900.16** |
| Account No. | | | corporate obligation | | | | |
| **Village of Beecher** **PO Box 1154** **Beecher, IL 60401** | | - | | X | | X | **358.14** |
| Account No. | | | corporate obligation | | | | |
| **Village of Lemont** **418 Main Street** **Lemont, IL 60439** | | - | | X | | X | **136.26** |

Sheet no. __**27**__ of __**28**__ sheets attached to Schedule of                                     Subtotal                 **3,671.18**
Creditors Holding Unsecured Nonpriority Claims                                              (Total of this page)

Official Form 6F (10/06) - Cont.

In re  **Jack Plano**                                                    ,    Case No. _____
                                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Vince and Lisa DelGuidice** <br> **30096 Autumn Drive** <br> **Beecher, IL 60401** | X | J | warranty claims, tax reproration agreement and claims against developer, J. Plano's Preserve Development | X | X | X | Unknown |
| Account No. <br><br> **Vincent Slisz** <br> **13721 Mayflower Lane** <br> **Orland Park, IL 60467** | X | J | warranty claims, tax reproration agreement and claims against developer, J. Plano's Preserve Development | X | X | X | Unknown |
| Account No. <br><br> **West Custom Floor** <br> **15811 Suite 7 Annico Drive** <br> **Lockport, IL 60441** | | J | corporate obligation | | | | 27,000.00 |
| Account No. <br><br><br><br> | | | | | | | |
| Account No. <br><br><br><br> | | | | | | | |

Sheet no. __28__ of __28__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal (Total of this page) | 27,000.00 |
|---|---|---|
|  | Total (Report on Summary of Schedules) | 4,058,744.22 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

Form B6G
(10/05)

In re      **Jack Plano**                                                                ,      Case No. _____
                                                    Debtor

# SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, indicate that by stating "a minor child" and do not disclose the child's name.  See 11 U.S.C. § 112;  Fed.R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| | |

___**0**___ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

Form B6H
(10/05)

In re    **Jack Plano** _____,    Case No. _____
Debtor

# SCHEDULE H. CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **J. Plano Builders** | **Schaaf Window Co, Inc.**<br>**c/o Hoogendoorn & Talbot, LLP**<br>**122 S. Michigan Ave., Suite 1220**<br>**Chicago, IL 60603-6263** |
| **J. Plano Builders, Inc.** | **Fifth Third Bank** |
| **J. Plano's Preserve Development** | **The Preserves at Cardinal Creek**<br>**Condo Association**<br>**442 Autumn Drive**<br>**Beecher, IL 60401** |
| **J. Plano's Preserve Development** | **Barbara Peczkowski**<br>**442 Autumn Drive**<br>**Beecher, IL 60401** |
| **J. Plano's Preserve Development** | **Daniel O'Leary**<br>**30112 Autumn Drive**<br>**Beecher, IL 60401** |
| **J. Plano's Preserve Development** | **Deanne Mazzochi and Tim Grant**<br>**1861 N. Dayton, #1**<br>**Chicago, IL 60614** |
| **J. Plano's Preserve Development** | **John and Barbara Jensen**<br>**30098 Autumn Drive**<br>**Beecher, IL 60401** |
| **J. Plano's Preserve Development** | **Michael and Jane Wilke**<br>**9035 Robin Ct.**<br>**Tinley Park, IL 60477** |
| **J. Plano's Preserve Development** | **Randall Gottberg**<br>**30136 Autumn Drive**<br>**Beecher, IL 60401** |
| **J. Plano's Preserve Development** | **Vince and Lisa DelGuidice**<br>**30096 Autumn Drive**<br>**Beecher, IL 60401** |
| **J. Plano's Preserve Development** | **Vincent Slisz**<br>**13721 Mayflower Lane**<br>**Orland Park, IL 60467** |
| **J. Plano's Preserve Development** | **Marquette Bank**<br>**10000 West 151st Street**<br>**Orland Park, IL 60462** |

___1___   continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re    **Jack Plano**                                          ,    Case No. _____

Debtor

# SCHEDULE H. CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **J. Plano's Preserve Development** | **Bridgeview Bank Group**<br>**7940 S. Harlem Ave.**<br>**Bridgeview, IL 60456** |
| **J. Plano's Preserve Development** | **Evergreen Oak Electric Supply/**<br>**Crest Lighting**<br>**PO Box 549**<br>**Midlothian, IL 60445** |

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

Official Form 6I (10/06)

In re  __**Jack Plano**_____     Case No. _____
                            Debtor(s)

# SCHEDULE I. CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**son**<br>**daughter** | AGE(S):<br>**20**<br>**22** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **developer** | |
| Name of Employer | | |
| How long employed | **unemployed** | **unemployed** |
| Address of Employer | | |

INCOME:  (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions  (Prorate if not paid monthly) | $ | 0.00 | $ | 0.00 |
| 2. Estimate monthly overtime | $ | 0.00 | $ | 0.00 |
| 3. SUBTOTAL | $ | 0.00 | $ | 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
|    a.  Payroll taxes and social security | $ | 0.00 | $ | 0.00 |
|    b.  Insurance | $ | 0.00 | $ | 0.00 |
|    c.  Union dues | $ | 0.00 | $ | 0.00 |
|    d.  Other (Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 0.00 | $ | 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 0.00 | $ | 0.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | 0.00 | $ | 0.00 |
| 8. Income from real property | $ | 0.00 | $ | 0.00 |
| 9. Interest and dividends | $ | 0.00 | $ | 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or<br>    that of dependents listed above | $ | 0.00 | $ | 0.00 |
| 11. Social security or government assistance<br>(Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 12. Pension or retirement income | $ | 0.00 | $ | 0.00 |
| 13. Other monthly income<br>(Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 0.00 | $ | 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | 0.00 | $ | 0.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals<br>from line 15; if there is only one debtor repeat total reported on line 15) | | | $ | 0.00 |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

Official Form 6J (10/06)

In re __**Jack Plano**_____     Case No. _____

                              Debtor(s)

# SCHEDULE J. CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 4,849.00 |
|    a. Are real estate taxes included?      Yes ___      No **X** | | |
|    b. Is property insurance included?      Yes ___      No **X** | | |
| 2. Utilities:    a. Electricity and heating fuel | $ | 375.00 |
|              b. Water and sewer | $ | 80.00 |
|              c. Telephone | $ | 100.00 |
|              d. Other | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 0.00 |
| 4. Food | $ | 400.00 |
| 5. Clothing | $ | 100.00 |
| 6. Laundry and dry cleaning | $ | 50.00 |
| 7. Medical and dental expenses | $ | 350.00 |
| 8. Transportation (not including car payments) | $ | 300.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 0.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|              a. Homeowner's or renter's | $ | 150.00 |
|              b. Life | $ | 1,465.00 |
|              c. Health | $ | 300.00 |
|              d. Auto | $ | 0.00 |
|              e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|      (Specify)  **R.E. Taxes (est)** | $ | 1,000.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|              a. Auto | $ | 0.00 |
|              b. Other  **GMAC (Cadillac)** | $ | 810.00 |
|              c. Other | $ | 0.00 |
|              d. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other | $ | 0.00 |
|      Other | $ | 0.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 10,329.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a.   Average monthly income from Line 15 of Schedule I | $ | 0.00 |
| b.   Average monthly expenses from Line 18 above | $ | 10,329.00 |
| c.   Monthly net income (a. minus b.) | $ | -10,329.00 |

Official Form 6-Declaration. (10/06)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Jack Plano**

Debtor(s)

Case No.

Chapter   **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __**47**__ sheets *[total shown on summary page plus 2]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **May 31, 2007**

Signature   **/s/ Jack Plano**

**Jack Plano**
Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Official Form 7
(04/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Jack Plano** _____   Case No. _____

_____ Debtor(s)   Chapter   **7** _____

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. Do not include the name or address of a minor child in this statement. Indicate payments, transfers and the like to minor children by stating "a minor child." See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$16,333.00** | **2005 wages** |
| **$7,150.00** | **2006 wages** |

### 2. Income other than from employment or operation of business

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$1,126.00** | **2005 interest income** |

| AMOUNT | SOURCE |
|---|---|
| $16.00 | 2005 dividends |
| $470.00 | 2006 interest |
| $90.00 | 2006 dividend |
| $471.00 | 2006 tax refund |
| $47,488.00 | 2006 IRA withdrawal |

**3. Payments to creditors**

None ■  *Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☐  b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $5,475.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| Popular Mortgage Servicing, Inc.<br>121 Woodcrest Road<br>Cherry Hill, NJ 08003 | January through March 2007 | $14,548.00 | $660,498.85 |

None ☐  c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Joseph Kienzle<br>1113 Foxtail Court<br>Darien, IL 60561<br>  father/father-in law | February 1, 2007 | $20,000.00 | $230,000.00 |
| Columbia College<br><br>  tuition for daughter | January 29, 2007<br>September 11, 2006 | $4,227.25 | $0.00 |
| Mrs. Marilee Chemein<br><br>  rent for son | July 21, 2006 | $1,380.00 | $0.00 |
| Joesph Plano<br><br>  son | February 11, 2007<br>January 19, 2007<br>March 29, 2006<br>August 18, 2006<br>November 22, 2006 | $11,249.39 | $0.00 |
| Sarah Plano<br><br>  daughter | March 29, 2006<br>November 22, 2006<br>November 22, 2006<br>January 19, 2007 | $9,500.00 | $0.00 |

3

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Bellagio, LLC v. Jack Plano A 538021** | | **District Court, Clark County Nevada** | **pending** |
| **Countrywide Bank, N.A. v. Jack Plano, Carol Plano, et al. 07 CH 05224** | **Mortgage Foreclosure** | **Cook County** | **pending** |
| **Schaaf Window Co., Inc. v. Jack Plano d/b/a Plano Builders 07 L 000917** | **breach of contract** | **Cook County** | **pending** |
| **Edon Construction v. J. Plano Preserve Development et al. 06 CH 2925** | **Mortgage Foreclosure** | **Will County** | **pending** |
| **Marquette Bank v. J. Plano's Preserve Development LLC, et. al 07 CH 857** | **Mortgage Foreclosure** | **Will County** | **pending** |

None
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5.  Repossessions, foreclosures and returns**

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6.  Assignments and receiverships**

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

4

None ■ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None ■ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None ■ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None □ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Querrey & Harrow** **175 W. Jackson Boulevard, Suite 160** **Chicago, IL 60604** | **April 2007** **Joesph Kinezle, father/father-in-law** | **$5,000.00** |

**10. Other transfers**

None □ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Sara Plano** **12453 Briarcliffe** **Lemont, IL 60439** **daugher** | **January 26, 2007** | **2004 Chevrolet TrailBlazer** **$5,948.33** |

None ■ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

5

**11. Closed financial accounts**

None ■ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

**12. Safe deposit boxes**

None ■ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13. Setoffs**

None ■ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14. Property held for another person**

None ■ List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15. Prior address of debtor**

None ☐ If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |
| **10860 Crystal Meadow Ct.** **Orland Park, IL 60467** | | **2003-January 2007** |
| **12453 Briarcliffe Drive** **Lemont, IL** | | **January 2007-present** |

**16. Spouses and Former Spouses**

None ■ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

Software Copyright (c) 1996-2007 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

6

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

    "Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

    "Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■    a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOC. SEC. NO./ COMPLETE EIN OR OTHER TAXPAYER I.D. NO. | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **J. Plano Builders** | **36-3842225** | | **construction** | **1992-present** |
| **J. Plano's Preserve Development LLC** | **30-0242527** | | **construction** | **2004-present** |
| **J. Plano Development LLC** | **35-2167535** | | **Real Estate Holding Company** | **2002 to present** |

None  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.
■

NAME                                    ADDRESS


The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None  a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or
☐     supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Trimarco Shoults & Radencich LLC** | **Melissa J. Schwartz** |
| **650 E. Diehl Road, Suite 101** | **1997 to present** |
| **Naperville, IL 60563** | |

None  b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books
■     of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records
■     of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

None  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was
■     issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

### 20. Inventories

None  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory,
■     and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None  b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.
■

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

### 21 . Current Partners, Officers, Directors and Shareholders

None  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.
■

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ■  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| | | NATURE AND PERCENTAGE |
| NAME AND ADDRESS | TITLE | OF STOCK OWNERSHIP |

### 22 . Former partners, officers, directors and shareholders

None ■  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |

None ■  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |

### 23 . Withdrawals from a partnership or distributions by a corporation

None ■  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |

### 24. Tax Consolidation Group.

None ■  If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |

### 25. Pension Funds.

None ■  If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **May 31, 2007**                              Signature    **/s/ Jack Plano**

                                                                  **Jack Plano**
                                                                  Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

Form 8
(10/05)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Jack Plano**
　　　　　　　　　　　　　　　　　　　　　　　Debtor(s)

Case No. _____

Chapter  **7**

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

■  I have filed a schedule of assets and liabilities which includes debts secured by property of the estate.

☐  I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.

■  I intend to do the following with respect to property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| **single family brick 12453 Briarcliffe Drive Lemont, IL 60439** | **Popular Mortgage Servicing, Inc.** | | | | **X** |

| Description of Leased Property | Lessor's Name | Lease will be assumed pursuant to 11 U.S.C. § 362(h)(1)(A) |
|---|---|---|
| **-NONE-** | | |

Date  **May 31, 2007**

Signature  **/s/ Jack Plano**

**Jack Plano**
Debtor

# United States Bankruptcy Court
### Northern District of Illinois

In re __Jack Plano__                                           Case No. _____

                                    Debtor(s)       Chapter __7__

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept..............................................   $ _____5,000.00

   Prior to the filing of this statement I have received...............................   $ _____5,000.00

   Balance Due..............................................................................................   $ _____0.00

2. The source of the compensation paid to me was:

   ☐ Debtor      ■ Other (specify):   **Joseph Kienzle, father-in law**

3. The source of compensation to be paid to me is:

   ■ Debtor      ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: __May 31, 2007__                    /s/ Robert R. Benjamin
                                           **Robert R. Benjamin 0170429**
                                           **Querrey & Harrow, Ltd.**
                                           **175 W. Jackson Boulevard, Suite 1600**
                                           **Chicago, IL 60604**
                                           **(312)540-7000  Fax: (312)540-0578**
                                           **rbenjamin@querrey.com**

---

B 201 (04/09/06)

UNITED STATES BANKRUPTCY COURT
**NORTHERN DISTRICT OF ILLINOIS**

## NOTICE TO INDIVIDUAL CONSUMER DEBTOR UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case. You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

### 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.

### 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

**Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)**
1.  Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.
2.  Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.
3.  The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.
4.  Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

**Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)**
1.  Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.
2.  Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.
3.  After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

B 201 (04/09/06)

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

### Certificate of Attorney

I hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

| **Robert R. Benjamin 0170429** | X **/s/ Robert R. Benjamin** | **May 31, 2007** |
|---|---|---|
| Printed Name of Attorney | Signature of Attorney | Date |

Address:
**175 W. Jackson Boulevard, Suite 1600**
**Chicago, IL 60604**
**(312)540-7000**

### Certificate of Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

| **Jack Plano** | X **/s/ Jack Plano** | **May 31, 2007** |
|---|---|---|
| Printed Name(s) of Debtor(s) | Signature of Debtor | Date |

| Case No. (if known) _____ | X _____ | |
|---|---|---|
| | Signature of Joint Debtor (if any) | Date |

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Jack Plano**

Debtor(s)

Case No.

Chapter   **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:   **110**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **May 31, 2007**

**/s/ Jack Plano**

**Jack Plano**
Signature of Debtor

Absolute Windows
9630 S. 76th Avenue
Hickory Hills, IL 60457


All Secure Inc.
PO Box 884
New Lenox, IL 60451


Alpine Asphalt Paving
10900 W. 167th Street
Orland Park, IL 60467


American Express
Box 0001
Los Angeles, CA 90096-0001


American Express
PO Box 650448
Dallas, TX 75265-0448


American Express
PO Box 360002
Fort Lauderdale, FL 33336-0002


American Family Insurance
6000 American Parkway
Madison, WI 53783-0001


AR-BE Garage Doors
7211 S. Lockwood
Chicago, IL 60638


AT&T
c/o Omnium Worldwide
PO Box 956842
Saint Louis, MO 63195


AT&T
PO Box 8100
Aurora, IL 60507-8100


Bank of America
PO Box 15726
Wilmington, DE 19886-5726

Barbara Peczkowski
442 Autumn Drive
Beecher, IL 60401


Beary Landscaping
10765 W. 163rd Place
Orland Park, IL 60467


Beaty Lumber
9730 W. 143rd Street
Orland Park, IL 60462


Bellagio
PO Box 7700
Las Vegas, NV 89177-7700


Bellagio
c/o Bruce A. Aguilera
3600 Las Vegas Boulevard
Las Vegas, NV 89109


Bill's Drywall
19145 S. 104th Ave.
Mokena, IL 60448


Boss Construction
1904 Garnet Drive, Unit D
New Lenox, IL 60451


Bridgeview Bank Group
7940 S. Harlem Ave.
Bridgeview, IL 60456


Bridgeview Bank Group
4753 N. Broadway
Chicago, IL 60640


Builders Insulation
PO Box 372
Plainfield, IL 60544


Capital One
PO Box 60024
City Of Industry, CA 91716-0024

Capital One
c/o NCO Financial Systems, Inc.
PO Box 61247 Dept. 64
Virginia Beach, VA 23466

Capital One
P.O. Box 60067
City Of Industry, CA 91716

Carefree Lawn Sprinklers
22049 S. Howell Drive
New Lenox, IL 60451

ComEd
Bill Payment Center
Chicago, IL 60668-0001

Consolidated Tile & Carpet
9981-B W. 190th Street
Mokena, IL 60448

Cook County Treasurer
P.O. Box 4468
Carol Stream, IL 60197-4468

Cottage Sheet Metal
6646 W. 99th Street
Chicago Ridge, IL 60415

Countrywide
MSN SV-26B
PO Box 10229
Van Nuys, CA 91410-0229

Craig Millwork
10410 W. 163rd Place
Orland Park, IL 60467

Crest Lighting
PO Box 549
Crestwood, IL 60445-0549

Custom Closets
4032 Belleaire Lane
Downers Grove, IL 60515

D.R. Masonry
9511 Corsair, Unit D
Frankfort, IL 60423


D.R. Masonry
9511 Corsair
Frankfort, IL 60423


D/S2 Advertising
10624 Great Egret Dr.
Orland Park, IL 60462


Daniel O'Leary
30112 Autumn Drive
Beecher, IL 60401


De Lage Landen
PO Box 41601
Philadelphia, PA 19101-1601


Deanne Mazzochi and Tim Grant
1861 N. Dayton, #1
Chicago, IL 60614


Edon Construction
5420 W. 122nd St.
Alsip, IL 60803


Edon Construction Co., Inc.
c/o James G Argionis/Meckler Bulger
123 N. Wacker Dr., Ste. 1800
Chicago, IL 60606


Edward T. McGowan
Edon Construction Co. Inc.
5420 W. 122nd Street
Alsip, IL 60803


Empress Casino
PO Box 2789
Joliet, IL 60434-2789

Empress Casino
c/o Friedman & Wexler LLC
500 W. Madison, Suite 2910
Chicago, IL 60661-2587


Evergreen Oak Electric
c/o RAC
PO Box 1247
Northbrook, IL 60065-1247


Evergreen Oak Electric Supply/
Crest Lighting
PO Box 549
Midlothian, IL 60445


FIA Card Services NA
PO Box 15137
Wilmington, DE 19850-5137


First American Title Ins. Co.
27775 Diehl Road, Suite 200
Warrenville, IL 60555


First Place Bank
999 East Main Street
Ravenna, OH 44266


GMAC
Payment Processing Center
PO Box 9001952
Louisville, KY 40290


Harrah's Joliet Casino
c/o Harris & Dial, PC
65 Flagship Drive
North Andover, MA 01845


Home Design Center
12145 W. 159th Street
Homer Glen, IL 60491


Howe Plumbing
17743 S. Oak Park Ave.
Tinley Park, IL 60477

Ice Mountain
PO Box 856680
Louisville, KY 40285


Inland Electric
611 W. Jefferson St.
Joliet, IL 60431


J. Plano Builders


J. Plano Builders, Inc.


J. Plano's Preserve Development


John and Barbara Jensen
30098 Autumn Drive
Beecher, IL 60401


John Wiesch Masonry
PO Box 952
Beecher, IL 60401


Jones & Jacobs
77 W. Washington St., Suite 1615
Chicago, IL 60602


Joseph Kienzle
1113 Foxtail Court
Darien, IL 60561


KDC Consultants Inc.
16144 S. Bell Road
Homer Glen, IL 60491


Kenmare & Associates, Inc.
PO Box 11
Mokena, IL 60448


Kon-Fer Inc.
14640 Golf Road
Orland Park, IL 60462

L&M Cultured Marble
PO Box 32151
Chicago, IL 60632


Lincoln Way Glass
278 E. Haven Ave., & Rt. 30
New Lenox, IL 60451


Loyola University Health Sys
c/o Nationwide Credit & Collection
9919 Roosevelt Road
Westchester, IL 60154


Loyola University Health Sys.
c/o Nationwide Credit & Collection
9919 Roosevelt Road
Westchester, IL 60154


Marquette Bank
10000 West 151st Street
Orland Park, IL 60462


McNaughton Development, Inc.
11900 Southwest Highway
Palos Park, IL 60464


Meno Stone Co.
10800 Route 83
Lemont, IL 60439


Michael and Jane Wilke
9035 Robin Ct.
Tinley Park, IL 60477


Mike's Decorating
24551 S. 80th Ave.
Frankfort, IL 60423


Mulcahy, Pauritsch, Salvador
14399 S. Ravinia Place, Suite 200
Orland Park, IL 60462


Nicor Gas
P.O. Box 2020
Aurora, IL 60507

Nicor Gas
Bill Payment Center
PO Box 1630
Aurora, IL 60507


NuWay Disposal
PO Box 9
Mokena, IL 60448


Pete and Cheryl Leigh
30132 Autumn Drive
Beecher, IL 60401


Plass Appliances-Addison
PO Box 757
Bloomingdale, IL 60108


Popular Mortgage Servicing, Inc.
121 Woodcrest Road
Cherry Hill, NJ 08003


Portable John
1414 Canal Street
Lockport, IL 60441


Premier Development
c/o Jeffrey Pickens
8101 Pickens Drive
Orland Park, IL 60462


Quest Diagnostics Incorporated
c/o AMCA
PO Box 1235
Elmsford, NY 10523-0935


Randall Gottberg
30136 Autumn Drive
Beecher, IL 60401


ResMae Mortgage
6 Pointe Drive
Brea, CA 92821

RH Granath Surveying
5544 W. 147th Street
Oak Forest, IL 60452


Ruane Construction
8779 W. Laraway Road
Frankfort, IL 60423


Rush University Medical Center
Patient Financial Services
21238 Network Place
Chicago, IL 60673-1212


Rush University Medical Center
c/o Computer Credit Inc.
640 West Fourth Street PO Box 5238
Winston Salem, NC 27113-5238


Rush University Medical Center
1700 West Van Buren Street
Suite 161 TOB
Chicago, IL 60612-3244


SBC Bill Payment Center
Saginaw, MI 48663-0003


Schaaf Window Co, Inc.
c/o Hoogendoorn & Talbot, LLP
122 S. Michigan Ave., Suite 1220
Chicago, IL 60603-6263


Schaaf Winow Co., Inc.
18445 Thompson Ct.
Tinley Park, IL 60477


Shalvis Group
11508 W. 183rd St. SWSE
Orland Park, IL 60467


Shirley Kulish
91301 Stonghedge Drive.
Mokena, IL 60448

Sign A Rama
9214 W. 159th Street
Orland Park, IL 60462


Sosin, Lawler & Arnold
11800 S. 7th Ave.
Palos Heights, IL 60463


Southwest Fireplace
11921 S. 80th Ave.
Palos Park, IL 60464


Steve Needy
3099 Autumn Drive
Beecher, IL 60401


Stock Building Supply
1331 Davis Road
Elgin, IL 60123


T.K. Industries Inc.
10040 Lancaster Lane
Mokena, IL 60448


The Preserves at Cardinal Creek
Condo Association
442 Autumn Drive
Beecher, IL 60401


Tri-State Roofing
9630 S. 76th Ave.
Hickory Hills, IL 60457


Village of Beecher
PO Box 1154
Beecher, IL 60401


Village of Lemont
418 Main Street
Lemont, IL 60439


Vince and Lisa DelGuidice
30096 Autumn Drive
Beecher, IL 60401

Vincent Slisz
13721 Mayflower Lane
Orland Park, IL 60467


West Custom Floor
15811 Suite 7 Annico Drive
Lockport, IL 60441


Will County Treasurer
302 N. Chicago St.
Joliet, IL 60432